NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCOS FRANCISCO-JIMENEZ,     )
                              )
          Appellant,          )
                              )
v.                            )          Case No. 2D17-4960
                              )
STATE OF FLORIDA,             )
                              )
          Appellee.           )
_____)

Opinion filed September 12, 2018

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

PER CURIAM.

          Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.